FORM NO. 2

# United States Bankruptcy Court
## Western District of Tennessee

11-21336

In re **Reginald Hodges**

Debtor(s)

Case No.
Chapter **13**

## CHAPTER 13 PLAN
### (INDIVIDUAL ADJUSTMENT OF DEBTS)

| | | |
|---|---|---|
| DEBTOR(S): | (H) **Reginald Hodges** | S.S.# **xxx-xx-2903** |
| | (W) | S.S.# |
| ADDRESS: | **3441 Lockwood Street** | |
| | **Memphis, TN 38128** | |
| PLAN PAYMENT: | Debtor(s) to pay $ **790.00** | (weekly, every two weeks, semi-monthly, monthly) |
| PAYROLL DEDUCTION: | OR (x) DIRECT PAY | |
| | BECAUSE: Self-employed | |
| | FIRST PAYMENT DATE: | |
| PLACE OF EMPLOYMENT: | **Self-employed** | |
| ADMINISTRATIVE: | Pay filing fee, Trustee's fee, and debtor's attorney fee, pursuant to Court Order. | |

MONTHLY PLAN PMT.

| | | |
|---|---|---|
| AUTO INSURANCE: | ( ) Not included in Plan   ( ) Included in Plan | $ **-NONE-** |
| CHILD SUPPORT: | Future support through Plan to | $ **-NONE-** |
| | Child support arrearage amount | $ |
| PRIORITY CREDITORS: | **-NONE-** | $ **-NONE-** |

HOME MORTGAGE:   If no arrearage, ongoing payments are to be paid directly by the debtor(s).

| | | | | | |
|---|---|---|---|---|---|
| **BAC Home Loans** | Ongoing pmt. Begin | June 01, 2011 | | | $ **122.00** |
| | Approx. arrearage | **1,000.00** | Interest | **0.00** % | $ **20.00** |
| **Residential Credit** | Ongoing pmt. Begin | June 01, 2011 | | | $ **542.00** |
| | Approx. arrearage | **4,336.00** | Interest | **0.00** % | $ **75.00** |

| | VALUE COLLATERAL | RATE OF INTEREST | MONTHLY PLAN PMT. |
|---|---|---|---|
| SECURED CREDITORS; (retain lien 11 U.S.C. Sec. 1325{a}{5}) | | | |
| **-NONE-** | $ | % | $ |

UNSECURED CREDITORS:   Absent a specific court order otherwise, all claims, other than those specifically provided for above, shall be paid as general unsecured debts.  Percentage to be paid to be determined by Trustee;

ESTIMATED TOTAL UNSECURED, NON-PRIORITY DEBT: **$71,685.00**

TERMINATION:   Plan shall terminate upon payment of the above, approximately **60** months.

**Rejected Leases**
 **-NONE-**:
**Assumed Leases**
 **-NONE-**:

*ADEQUATE PROTECTION PAYMENT WILL BE 1/4 (25%) OF PROPOSED CREDITOR MONTHLY PAYMENT.
FAILURE TO FILE TIMELY WRITTEN OBJECTION TO CONFIRMATION WILL BE DEEMED ACCEPTANCE OF PLAN.

DEBTOR'S ATTORNEY:   **ALLEN C. JONES**
**Long, Umsted & Jones**
**314 Poplar Avenue**
**Memphis, TN 38103**
**901-522-9316**